IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| TELEICHIA DYER,<br>　　　　*Plaintiff*<br><br>-vs-<br><br>ELVIS' SERVICES, INC., MIRNES HRUSTIC,<br>　　　　*Defendants* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | SA-23-CV-01383-XR |

## ORDER

This action was considered by the Honorable Xavier Rodriguez, and the following Judgment is rendered. It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

Plaintiff's claims are **DISMISSED WITH PREJUDICE** with each party to bear its own costs and fees.

The Clerk is **DIRECTED** to close this case.

It is so **ORDERED**.

**SIGNED** this 13th day of November, 2024.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE